262

this day decided, 148 Okla. 255, 298 Pac. 611, and with which this case, together with others, was consolidated.

The judgment is accordingly affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, ANDREWS, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not participating.

### JOHNSON et al. v. DOUGLAS et al.

No. 19943. Opinion Filed April 28, 1931.

J. B. Campbell, Etha Lawrence, and J. Ralph Knight, for plaintiffs in error.

A. E. Pearson, Silverman & Rosenstein, Hill & Banta, Cutlip, Horsley & Lott, and A. S. Norvell, for defendants in error.

RILEY, J. In this case substantially the same state of facts are pleaded as in En-le-te-ke et al. v. W. A. Beasley et al., No. 19939, this day decided, 148 Okla. 255, 298 Pac. 611, and with which this case, with others, was consolidated.

The judgment is accordingly affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, ANDREWS, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not participating.

### HARJO et al. v. WOOD et al.

No. 19944. Opinion Filed April 28, 1931.

J. B. Campbell, Etha Lawrence, and J. Ralph Knight, for plaintiffs in error.

Victor C. Meiher, R. Y. Stevenson, G. J. Neuner, B. C. Connor, Pryor & Stokes, R. J. Roberts, Davis & Patterson, Norvell & Norvell, Warren T. Spies, Hayes McCoy, R. J. Bollman, A. D. Cochran, E. T. Noble, and Grant & Grant, for defendants in error.

RILEY, J. In this case substantially the

same state of facts is pleaded as in En-le-te-ke et al. v. W. A. Beasley et al., No. 19939, this day decided, 148 Okla. 255, 298 Pac. 611, and with which this case, together with others, was consolidated.

The judgment is accordingly affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, ANDREWS, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not participating.

### HARJO v. COLLINS et al.

No. 19945. Opinion Filed April 28, 1931.

J. B. Campbell, Etha Lawrence, and J. Ralph Knight, for plaintiff in error.

Hart & Edwards, Pryor & Stokes, R. J. Roberts, J. C. Denton, J. H. Crocker, H. M. Gray, R. H. Wills, and R. J. R. Keahey, for defendants in error.

RILEY, J. In this case substantially the same state of facts is pleaded as in En-le-te-ke et al. v. W. A. Beasley et al., No. 19939, this day decided, 148 Okla. 255, 298 Pac. 611, and with which this case, together with others, was consolidated.

The judgment is accordingly affirmed.

LESTER, C. J., and HEFNER, CULLISON, SWINDALL, ANDREWS, McNEILL, and KORNEGAY, JJ., concur. CLARK, V. C. J., not participating.

### GIBSON et al. v. VILLINES et al.

No. 19930. Opinion Filed April 28, 1931.